UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH DESMOND TAYLOR,           No. C-12-5717 EMC (pr)

       Plaintiff,

     v.                                          **ORDER OF DISMISSAL**

T. BOERUM, Appeals Coordinator; *et al.*,

       Defendants.

_____/

       This *pro se* civil action was filed on November 7, 2012, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. The *in forma pauperis* application that he submitted with his complaint is **DENIED** because it did not include the certificate of funds in the inmate's account as required by 28 U.S.C. § 1915(a). (Docket # 2.) This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

       If Plaintiff wishes to file a new action, he should take note that the denial and deficient processing of his inmate appeals – the substance of his complaint in this action – does not violate a prisoner's federal right to due process. There is no constitutional right to a prison or jail administrative appeal system in California. *See Ramirez v. Galaza*, 334 F.3d 850, 860 (9th Cir. 2003); *Mann v. Adams*, 855 F.2d 639, 640 (9th Cir. 1988); *Antonelli v. Sheahan*, 81 F.3d 1422, 1430 (7th Cir. 1996); Cal. Code Regs. tit. 15, §§ 1073, 3084.1. The conditions of confinement about

which he was attempting to file an inmate appeal might be actionable, however, so any new civil rights complaint should focus on the problems about which he filed inmate appeals, rather than the inmate appeals themselves.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: February 26, 2013

_____
EDWARD M. CHEN
United States District Judge

2